NAHE v. BAUER et al.

(Supreme Court, Appellate Division, Second Department. June 4, 1909.)

Appeal from Special Term, Queens County.

Action by Bertha E. Nahe, individually and as administratrix of Louise E. Nahe, deceased, against Henry J. Bauer and others. From an order refusing to postpone the trial, defendant Rhinehart appeals. Affirmed.

Argued before WOODWARD, JENKS, GAYNOR, BURR, and MILLER, JJ.

F. Sidney Williams (Frank R. Greene, on the brief), for appellant.
Edward G. Nelson, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements, on the authority of Nahe v. Bauer (decided herewith) 117 N. Y. Supp. 355.